**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | No.  17-cr-30204-DRH |
| | ) | |
| **SAMUEL L. GEDRIS** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM & ORDER**

**HERNDON, District Judge:**

This matter was referred to United States Magistrate Judge Donald G. Wilkerson for the specific purpose of conducting a change of plea for defendant Gedris, pursuant to 28 U.S.C. § 636, Local Rule 72.1(b)(2), and defendant's consent. [Doc. 19].   Pursuant to Federal Rule of Criminal Procedure 11, the change of plea hearing was held on May 7, 2018. [Doc. 18].  During the change of plea, defendant Gedris pled guilty to Counts 1-5 of the Indictment, following a thorough colloquy with Judge Wilkerson.  Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty.  [Doc. 21].

In accordance with 28 U.S.C. § 636(b)(1)(C), the parties were allowed fourteen days to file written objections.  As of this date, neither party has filed an objection.  Therefore, the Court **ADOPTS** the Report in its entirety.  Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent

1

objection, it is the finding of the Court in the case of *United States v. Gedris*, that defendant Samuel J. Gedris was fully competent and capable of entering an informed plea, that defendant Gedris was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant Gedris **GUILTY** on Counts 1-5 of the Indictment. The Court also **REMINDS** the parties that this matter is set for sentencing on August 24, 2018 at 9:00am.

**IT IS SO ORDERED.**

Judge Herndon
2018.05.25
14:32:03 -05'00'

**United States District Judge**